IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| LIZZIE DAVIS; PAMELA DAVIS; DENNIS GREEN; JOHNNY MOODY; JOHN SUBER; and SHIRLEY WILLIAMS, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OASIS LEGAL FINANCE OPERATING COMPANY, LLC; OASIS LEGAL FINANCE, LLC; OASIS LEGAL FINANCE HOLDING COMPANY, LLC; and THL CREDIT, INC.,<br><br>Defendants. | CIVIL ACTION NO. 317-022 |

# ORDER

On May 17, 2017, Plaintiffs in the captioned matter filed a Notice of Voluntary Dismissal as to Defendant THL Credit, Inc. Defendant THL Credit, Inc. has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant THL Credit, Inc. is hereby **DISMISSED WITHOUT PREJUDICE** from this case.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE