IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

LIZZIE DAVIS; PAMELA DAVIS; \*
DENNIS GREEN; JOHNNY MOODY; \*
JOHN SUBER; and SHIRLEY \*
WILLIAMS, Individually and on \*
Behalf of all Others \*
Similarly Situated, \*
\*
    Plaintiffs,      \*    CIVIL ACTION NO.
     \*    317-022
    v.      \*
\*
OASIS LEGAL FINANCE OPERATING \*
COMPANY, LLC; OASIS LEGAL \*
FINANCE, LLC; and OASIS LEGAL \*
FINANCE HOLDING COMPANY, LLC, \*
\*
    Defendants.      \*

# O R D E R

On February 12, 2018, the Eleventh Circuit Court of Appeals granted permission to Defendants herein to file an interlocutory appeal from this Court's Order of November 15, 2017. Presently, Defendants, with no objection from Plaintiffs, have filed a motion to stay the action pending resolution of the aforementioned appeal. Upon due consideration, the motion to stay (doc. no. 47) is **GRANTED** and all proceedings and deadlines are hereby **STAYED**. The parties shall immediately notify the Court upon resolution of the appeal.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of February, 2018.

UNITED STATES DISTRICT JUDGE