IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

LIZZIE DAVIS; PAMELA DAVIS; \*
DENNIS GREEN; JOHNNY MOODY; JOHN \*
SUBER; and SHIRLEY WILLIAMS, \*
Individually and on Behalf of \*
all Others Similarly Situated, \*
                                 \*
    Plaintiffs,                  \*
                                 \*
    v.                           \*   CV 317-022
                                 \*
OASIS LEGAL FINANCE OPERATING    \*
COMPANY, LLC; OASIS LEGAL        \*
FINANCE, LLC; and OASIS LEGAL    \*
FINANCE HOLDING COMPANY, LLC,    \*
                                 \*
    Defendants.                  \*

# O R D E R

In the captioned case, Plaintiffs are putative class members who entered into loan agreements with the Oasis Defendants. Plaintiffs claim that their loan agreements violate state usury laws. The case was removed to this Court on April 28, 2017. Defendants moved to dismiss the complaint and to strike the class allegations of the complaint on May 5, 2017. (Doc. No. 9.) Defendants Oasis Legal Finance Holding Company, LLC and Oasis Legal Finance Operating Company, LLC also filed a separate motion to dismiss, arguing that they are not parties to the transactions at

issue in the case. (Doc. No. 10.) The Court has not ruled on this latter motion because the case has been stayed pending appeal.

On November 15, 2017, this Court denied the Oasis Defendants' motion to dismiss upon its finding and conclusion that the forum selection clause and the class action waiver clause in the loan agreements are void as against Georgia public policy. The Oasis Defendants appealed this decision.

On August 28, 2019, the Eleventh Circuit Court of Appeals affirmed the Court's Order denying the motion to dismiss and the motion to strike the class allegations. (See Davis v. Oasis Legal Finance Operating Co., Case No. 18-10526 (11th Cir. Aug. 28, 2019), Doc. No. 53.) Accordingly, **IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court. In accordance therewith, the Court hereby **VACATES** the stay of the case.

The parties are hereby directed to confer and submit a Rule 26(f) report within fourteen (14) days hereof. The Court will consider and resolve the motion to dismiss filed by Oasis Legal Finance Holding Company, LLC and Oasis Legal Finance Operating Company, LLC in due course.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE