AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LIZZIE DAVIS; PAMELA DAVIS; DENNIS GREEN; JOHNNY MOODY; JOHN SUBER; and SHIRLEY WILLIAMS, Individually and on Behalf of all Others Similarly Situated,

    Plaintiffs,

v.

OASIS LEGAL FINANCE OPERATING COMPANY, LLC; OASIS LEGAL FINANCE, LLC; and OASIS LEGAL FINANCE HOLDING COMPANY, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV317-022

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 24, 2020, granting Defendants' motion for judgment on the pleadings, judgment is hereby entered in favor of Defendants Oasis Legal Finance Operating Company, LLC, Oasis Legal Finance, LLC, and Oasis Legal Finance Holding Company, LLC, and against Plaintiffs Lizzie Davis, Pamela Davis, Dennis Green, Johnny Moody, John Suber, and Shirley Williams. This case stands closed.



| January 24, 2020 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03