IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 JUN 23  A 10: 28

CLERK _____
SO. DIST. OF GA.

LIZZIE DAVIS, et. al.,          )
                               )
    Plaintiffs-Appellants,     )
                               )
vs.                            )          Case No. CV 317-022
                               )          (Appeal No. 20-11364)
OASIS LEGAL FINANCE OPERATING  )
COMPANY, LLC, et. al.,         )
                               )
    Defendants-Appellees.      )


## O R D E R

The judgment in the above-styled action having been affirmed

by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court

of Appeals for the Eleventh Circuit is made the judgment of this

Court.

**SO ORDERED**, this _____23rd_____ day of June 2021.


_____
HONORABLE DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA